UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM MEEKINS, :
:
      Plaintiff :
:
  v. : CIVIL NO. 3:CV-05-1394
:
RAYMOND COLLERAN, ET AL., : (Judge Kosik)
:
      Defendants :

## O R D E R

**NOW, THIS 13th DAY OF SEPTEMBER, 2005, IT IS HEREBY ORDERED THAT**

plaintiff's filing of September 8, 2005 (Doc. 13) will be construed as a motion for enlargement of

time within which to file his amended complaint in this action.  The motion is granted and

plaintiff shall file his amended complaint on or before October 13, 2005.


                                  s/Edwin M. Kosik
                                  United States District Judge

EMK:lq